**Fill in this information to identify your case:**

Debtor 1    Judy A .Miller
           First Name       Middle Name       Last Name

Debtor 2    _____
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number   24-11214
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☒ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** Priority Creditor's Name _____<br>Number    Street _____<br>_____<br>City    State    ZIP Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | Last 4 digits of account number ___ ___ ___ ___<br>When was the debt incurred? _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | $_____ | $_____ | $_____ |
| **2.2** Priority Creditor's Name _____<br>Number    Street _____<br>_____<br>City    State    ZIP Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | Last 4 digits of account number ___ ___ ___ ___<br>When was the debt incurred? _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | $_____ | $_____ | $_____ |

Debtor 1 ___Judy___ ___A___ ___Miller___ Case number (if known)___24-11214___
First Name  Middle Name  Last Name

### Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

---

_____  Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
Priority Creditor's Name
_____  When was the debt incurred?  _____
Number     Street
_____  As of the date you file, the claim is: Check all that apply.
_____
City       State    ZIP Code     ❏ Contingent
                                 ❏ Unliquidated
                                 ❏ Disputed

**Who incurred the debt?** Check one.

❏ Debtor 1 only                  **Type of PRIORITY unsecured claim:**
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only     ❏ Domestic support obligations
❏ At least one of the debtors and another  ❏ Taxes and certain other debts you owe the government
                                 ❏ Claims for death or personal injury while you were intoxicated
❏ Check if this claim is for a community debt
                                 ❏ Other. Specify _____

**Is the claim subject to offset?**

❏ No
❏ Yes

---

_____  Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
Priority Creditor's Name
_____  When was the debt incurred?  _____
Number     Street
_____  As of the date you file, the claim is: Check all that apply.
_____
City       State    ZIP Code     ❏ Contingent
                                 ❏ Unliquidated
                                 ❏ Disputed

**Who incurred the debt?** Check one.

❏ Debtor 1 only                  **Type of PRIORITY unsecured claim:**
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only     ❏ Domestic support obligations
❏ At least one of the debtors and another  ❏ Taxes and certain other debts you owe the government
                                 ❏ Claims for death or personal injury while you were intoxicated
❏ Check if this claim is for a community debt
                                 ❏ Other. Specify _____

**Is the claim subject to offset?**

❏ No
❏ Yes

---

_____  Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
Priority Creditor's Name
_____  When was the debt incurred?  _____
Number     Street
_____  As of the date you file, the claim is: Check all that apply.
_____
City       State    ZIP Code     ❏ Contingent
                                 ❏ Unliquidated
                                 ❏ Disputed

**Who incurred the debt?** Check one.

❏ Debtor 1 only                  **Type of PRIORITY unsecured claim:**
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only     ❏ Domestic support obligations
❏ At least one of the debtors and another  ❏ Taxes and certain other debts you owe the government
                                 ❏ Claims for death or personal injury while you were intoxicated
❏ Check if this claim is for a community debt
                                 ❏ Other. Specify _____

**Is the claim subject to offset?**

❏ No
❏ Yes

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

Debtor 1 Judy A. Miller
　　　　　First Name　Middle Name　Last Name

Case number (if known) 24-11214

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1**
Belks Department Store
Nonpriority Creditor's Name
69294 Highway 21
Number　Street
Covington　LA　70433
City　State　ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

Total claim: $517.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit purchases

**4.2**
Amazon Legal Department
Nonpriority Creditor's Name
P.O. Box
Number　Street
Seattle　WA　98108
City　State　ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

$1066.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit purchases

**4.3**
Penfed Pentagon Federal Credit Union
Nonpriority Creditor's Name
P.O. Box 247009
Number　Street
Omaha　NE　68124
City　State　ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

$17,184.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Loan

Debtor 1 Judy A. Miller  
First Name   Middle Name   Last Name

Case number (if known) 24-11214

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

| 4. | |
|---|---|

**Navy Federal Credit Union**  
Nonpriority Creditor's Name  
P.O. Box 3500  
Number    Street  
Merrifield    VA    22119  
City    State    ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $ 18,630.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Loan

---

**Explore Federal Credit Union**  
Nonpriority Creditor's Name  
P.O. Box 60193  
Number    Street  
New Orleans    LA    70160  
City    State    ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $ 2,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Loan

---

**HSN**  
Nonpriority Creditor's Name  
P.O. Box 530905  
Number    Street  
Atlanta    GA    30353  
City    State    ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $ 1,005.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit purchases

---

Debtor 1 __Judy__ __A.__ __Miller__ Case number (if known) __24-11214__
First Name  Middle Name  Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

---

**Synchrony Bank c/o Leslie Carbo, Atty.**
Nonpriority Creditor's Name
**P.O. Box 312277**
Number  Street
**Enterpeise**  **AL**  **36331**
City  State  ZIP Code

Last 4 digits of account number ___ ___ ___ ___   $ **2178.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify __Credit purchases__

Is the claim subject to offset?
☑ No
☐ Yes

---

**Lending Point**
Nonpriority Creditor's Name
**P.O. Box 884268**
Number  Street
**Los Angeles**  **CA**  **90088**
City  State  ZIP Code

Last 4 digits of account number ___ ___ ___ ___   $ **12,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify __Credit purchases__

Is the claim subject to offset?
☑ No
☐ Yes

---

**Kashable Employee Loans**
Nonpriority Creditor's Name
**489 5th Avenue - STE 18**
Number  Street
**New York**  **NY**  **10017**
City  State  ZIP Code

Last 4 digits of account number ___ ___ ___ ___   $ **3500.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify __Loan__

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page ___ of ___

Debtor 1 Judy A. Miller
First Name   Middle Name   Last Name

Case number (if known) 24-11214

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

☐

Accelerated Inventory Mgt. fdba Fin Wise Bank c/o Oaks Law Firm
Nonpriority Creditor's Name
110 Veterans Blvd., Ste 560
Number    Street
Metairie, LA 70005
City              State    ZIP Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

☐

Sam's Club Credit
Nonpriority Creditor's Name
P.O. Box 530942
Number    Street
Atlanta, GA 30353-0942
City              State    ZIP Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

☐

General Motors Financial
Nonpriority Creditor's Name
P.O. Box 78143
Number    Street
Phoenix, AZ 85062-8143
City              State    ZIP Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

Debtor 1  Judy A. Miller
        First Name    Middle Name    Last Name

Case number (if known) 24-11214

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**Advance Financial 24/7, DV Marketing, Inc.**
Nonpriority Creditor's Name
**759 Bloomfield, Ste. 244**
Number   Street
**West Coldwell, NJ 07006**
City      State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**Colonial Savings F.A.**
Nonpriority Creditor's Name
**P.O.Box 2988**
Number   Street
**Ft. Worth, TX 76113-2988**
City      State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**Fortiva Credit Card**
Nonpriority Creditor's Name
**P.O. Box 650847**
Number   Street
**Dallas, TX 75265-0847**
City      State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Debtor 1 Judy A. Miller
First Name   Middle Name   Last Name

Case number (if known) 24-11214

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page ___ of ___

Debtor 1    Judy A. Miller        Case number (if known) 24-11214
First Name   Middle Name   Last Name

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. Domestic support obligations | 6a. | $ |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ 0.00 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. Student loans | 6f. | $ |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 58,080.00 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ 58,080.00 |

Print    Save As...    Add Attachment      Reset

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page   of